Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL 60532-4350  
Ph: (630) 981-3888  Fax: (630) 981-3896

In re:  
Andrea M Viel

Case No. 13-36360  
Account No. 3169  
  Andrea M Viel  
  1328 Brentwood Trail  
FEDERAL NATIONAL MORTGAGE ASSOC/FANNIE MAE   Bolingbrook, IL 60490  
% SETERUS INC  
PO BOX 54420   GERACI LAW LLC  
LOS ANGELES, CA 90054-0420   55 E MONROE #3400  
  CHICAGO, IL 60603

## NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment. The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement, The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on June 20, 2014.

/S/ Ryan Faye  
For: Glenn Stearns, Chapter 13 Trustee, Standing Trust